IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CREEKWOOD REAL ESTATE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-188-M-BR |
| | § | |
| MOUNT VERNON FIRE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff's Motion for Partial Summary Judgment, (ECF 37), Defendant's Motion for Summary Judgment, (ECF 40), and Defendant's Motion for Leave to File Objections and to Strike Affidavits. (ECF 55). The United States Magistrate Judge made Findings, Conclusions, and Recommendations regarding the motions. (ECF 64). Objections have been filed. After making an independent review of the pleadings, appendices, records, and objections, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Partial Summary Judgment is **DENIED**, Defendant's Motion for Summary Judgment is **GRANTED** as to Plaintiff's unfair settlement practices claim under Tex. Ins. Code §541.060(a)(2)(A) and otherwise **DENIED**, and Defendant's Motion for Leave to File Objections is **DENIED AS MOOT**.

**SO ORDERED**, this 2nd day of August, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE